# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

January 14, 2020

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     *Re:* *United States v. Rubano, et al., 17 CR 169 (JGK)*

Dear Judge Koeltl:

  I respectfully write to request an adjournment of the sentencing date for Enrico Rubano until the week of April 6, 2020, or thereafter. I make this request as we are still in the process of gathering medical information and documentation, financial records and character letters that we believe will be helpful to the Court in determining the appropriate sentence for Mr. Rubano.

  The government has no objection to this request.

           Respectfully yours,
           /s/
           Sarita Kedia

cc: Matthew Podolsky, Esq.
   Aline Flodr, Esq.
   Assistant United States Attorneys

*[Handwritten:]* ADJOURNED TO FRIDAY, APRIL 17, 2020, AT 10:00AM. SO ORDERED. 1/14/20 /s/ John G. Koeltl USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-15-2020