# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

March 28, 2020

> Sentence is adjourned to June 18, 2020 at 4:30 PM.
> SO ORDERED.
>
> New York, NY    /s/ John G. Koeltl
> March 30, 2020    John G. Koeltl, U.S.D.J.

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v. Rubano, et al., 17 CR 169 (JGK)*

Dear Judge Koeltl:

    I respectfully write to request an adjournment of the sentencing date for Enrico Rubano until the end of June 2020 or thereafter in light of the dramatic restrictions and challenges we are facing due to the COVID-19 pandemic. Because of this ongoing crisis, we have been unable to obtain the necessary medical information and documentation that we wish to present to the Court to aid Your Honor in sentencing Mr. Rubano.

    The government consents to this request. We greatly appreciate the Court's consideration.

                      Respectfully yours,
                        /s/
                      Sarita Kedia

cc: Matthew Podolsky, Esq.
     Aline Flodr, Esq.
     Assistant United States Attorneys