**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

       - against -                         17cr169 (JGK)

**ENRICO RUBANO ET AL.,**                   <u>ORDER</u>

        **Defendants.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The sentencing of Shivanand Maharaj is adjourned to September 25, 2020 at 10:00 AM. The sentencing of Enrico Rubano is adjourned to October 2, 2020 at 10:00 AM. Defense submissions in connection with sentencing are due fourteen days before sentencing and government submissions are due eight days before sentencing.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 28, 2020**                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                        **United States District Judge**