# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

September 29, 2021

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    *United States v. Rubano, et al., 17 CR 169 (JGK)*

Dear Judge Koeltl:

      I respectfully write to request an adjournment of the sentencing date for Enrico Rubano, currently scheduled for October 15, 2021. Mr. Rubano is currently being treated with medication for a dilated aorta and blockage of the aorta and has appointments scheduled with his cardiologist over the next few weeks to determine whether the medication is working or whether he will require surgery. We ask that the sentencing be rescheduled until after that of Mr. Rubano's co-defendant Shivanand Maharaj, which is currently scheduled for December 2, 2021.

      The government consents to this request. We greatly appreciate the Court's consideration.

                              Respectfully yours,
                              /s/
                              Sarita Kedia

cc:    Matthew Podolsky, Esq.
       Aline Flodr, Esq.
       Assistant United States Attorneys

*[Handwritten:]* ADJOURNED TO WEDNESDAY, DECEMBER 15, 2021, AT 12:00PM. SO ORDERED. 10/1/21 /s/ JGK USDJ