# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

*[Handwritten annotation:]* (1) The Probation Department should update the Pre-Sentence report.
(2) Sentencing adjourned to Thursday, April 7, 2022, at 4:30PM.
SO ORDERED.
11/29/21  /s/ Koeltl
USDJ

November 24, 2021

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:  United States v. Enrico Rubano, 17 CR 169 (JGK)*

Dear Judge Koeltl:

I respectfully write to request an adjournment of the sentencing proceeding in the above-referenced matter, currently scheduled for December 15, 2021. I make this request because Mr. Rubano and his fiancée, Johanna Decelleri, are currently expecting twins due on March 5, 2022. Ms. Decelleri has been advised by her obstetrician that this is a high risk pregnancy, and she has been experiencing extreme hyperemesis, dehydration and anxiety, which according to her doctor can "cause extreme stress on the fetus." See Letter of Caterina Violi, M.D. Ms. Decelleri has therefore been advised to remain on bed rest and avoid all possible stress in the upcoming weeks. It is currently unknown whether Ms. Decelleri will be admonished to remain on bed rest through the remainder of her pregnancy or whether her condition will improve before her delivery. In light of this precarious situation, I respectfully ask that the sentencing be adjourned until after Ms. Decelleri's delivery date or alternatively that a control date be scheduled approximately 60 days from now, at which point we can advise the Court how the pregnancy is progressing.

Additionally, I ask that the Court direct the United States Probation Office to update the Presentence Report ("PSR") in this matter. The Probation Office disclosed its initial PSR on September 12, 2019, and a revised PSR on October 9, 2019. Following the disclosure of the revised PSR, I submitted objections to the PSR and provided additional financial information for Mr. Rubano that the Probation Office had requested. I understand from the Probation Officer, however, that Probation will only update the PSR if the Court directs it to do so.

Honorable John G. Koeltl
United States District Judge
November 24, 2021
Page 2

      I reached out to government counsel yesterday regarding the adjournment request, but I have not yet heard back regarding its position.

                                      Respectfully yours,
                                              /s/
                                      Sarita Kedia

cc:    Matthew Podolsky, Esq.
       Aline Flodr, Esq.
       Assistant United States Attorneys