UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ENRICO RUBANO,

                Defendant.

17 Cr. 169 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    Sentencing is adjourned to June 16, 2022, at 3:30 p.m. No further adjournments. Defense submissions are due June 2, 2022. Government submissions are due June 8, 2022.

    This sentence has been adjourned numerous times and no adjournments beyond June 16, 2022 are reasonable. While the sentence was currently scheduled for May 24, 2022, there have been no submissions by the parties in connection with sentencing. There has been more than ample time to submit pre-sentence submissions and the parties are invited to make such submissions even earlier than required.

SO ORDERED.

Dated:    New York, New York
            May 12, 2022

                                        John G. Koeltl
                                   United States District Judge