```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA

      - against -                    17 Cr. 169

ENRICO RUBANO,                         **ORDER**
              Defendant.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The parties should advise the Court by **June 15, 2022**, whether there is an agreement with respect to the amount of restitution and forfeiture.

**SO ORDERED.**

Dated:    New York, New York
            June 13, 2022

                                              /s/ John G. Koeltl
                                                  John G. Koeltl
                                          **United States District Judge**