UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                           17-cr-169 (JGK)

ENRICO RUBANO,                               ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The Government should respond to the motion of the defendant, Enrico Rubano, for compassionate release by **June 23, 2023**. The defendant may reply by **July 14, 2023**.

    The Clerk is requested to mail a copy of this Order to the defendant at FCI Morgantown, P.O. Box 1000, Morgantown, W. Va., 26507, and to note the mailing on the docket of this Court.

**SO ORDERED.**

Dated:    New York, New York
           June 1, 2023

                                          John G. Koeltl
                                   United States District Judge