UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -                  17-cr-169 (JGK)

ENRICO RUBANO,                      <u>ORDER</u>

              Defendant.

---

JOHN G. KOELTL, District Judge:

      The exhibits to the defendant's motion for compassionate release will be filed under seal because they contain personal identifying information. Unredacted copies of the exhibits will be sent to the parties.

SO ORDERED.

Dated:    New York, New York
          June 22, 2023

                                      John G. Koeltl
                              United States District Judge