UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

ENRICO RUBANO,

                Defendant.

17-cr-169 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the Government to respond to the defendant's motion for sentence reduction is extended to **July 22, 2023**. The defendant may reply by **August 22, 2023**.

The Clerk is requested to mail a copy of this Order to the defendant at FCI Morgantown, P.O. Box 1000, Morgantown, W. Va., 26507, and to note mailing on the docket of this Court.

    SO ORDERED.

Dated:    New York, New York
            July 10, 2023

                                              John G. Koeltl
                                           United States District Judge